to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Martin W. Littleton* for petitioner. *The Attorney General, The Solicitor General* and *Mr. H. L. Stimson* for respondent.

No. 673. NELLIE F. KEIPER, ADMINISTRATRIX, ETC., PETITIONER, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. December 6, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Claude Bedford* for petitioner. *Mr. Thomas De Witt Cuyler* for respondent.

No. 682. MAX WEBER ET AL., PETITIONERS, *v.* THE GRAND LODGE OF KENTUCKY, FREE AND ACCEPTED MASONS. December 6, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Louis J. Blum* and *Mr. Edgar C. Blum* for petitioners. *Mr. Charles H. Fisk* and *Mr. Alexander Pope Humphrey* for respondents.

No. 683. JACKSONVILLE TOWING & WRECKING COMPANY ET AL., PETITIONERS, *v.* THE STEAMSHIP BAYAMO, ETC. December 13, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. Bisbee* and *Mr. George C. Bedell* for petitioners. *Mr. Charles S. Haight* for respondent.

No. 691. NEW LIVERPOOL SALT COMPANY, PETITIONER, *v.* CALIFORNIA DEVELOPMENT COMPANY ET AL. December 13, 1909. Petition for a writ of certiorari to the United States